**IN THE UNITED STATES DISTRICT COURT**
**NORTHEN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ANTHONY BAUMGARDNER**                                           **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO: 3:21CV079-DMB-RP**

**KROGER LIMITED PARTNERSHIP I**                              **DEFENDANT**

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Comes now the Plaintiff, Anthony Baumgardner, by and through counsel and would state to the Court that he wishes to file this Voluntary Dismissal with Prejudice. That the Defendant consents to this voluntary dismissal by the Plaintiff.

It is hereby understood and agreed that said dismissal is with prejudice and each party will bear their own costs.

                                                       Respectfully submitted,

                                      CHATHAM GILDER HOWELL PITTMAN PLLC

                                      By: /s/ Jefferson D. Gilder_____
                                           Jefferson D. Gilder, #8693
                                           Attorney for Plaintiffs
                                           P.O. Box 193
                                           Southaven, MS 38671
                                           662-796-2889
                                           jefferson@thelawyersthatlisten.com

Approved By:

/s/ Bill Luckett_____
Bill Luckett, #1487
Attorney for Defendant
143 Yazoo Avenue
PO Drawer 1000
Clarksdale, MS 38614-5403
(662) 624-2591